UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **AERITAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**PANDA RESTAURANT GROUP, INC. AND PANDA EXPRESS, INC.,**<br><br>Defendant | **Case No. 6:22-cv-01021**<br><br>**JURY TRIAL DEMANDED**<br><br>**RELATED CASE** |

## NOTICE OF RELATED CASES

This case is related to the following cases:

- Aeritas, LLC v. Office Depot, LLC, No. 6:22-cv-00986-ADA; and

- Aeritas, LLC v. Staples, Inc., No. 6:22-cv-00985-ADA.


Dated: October 3, 2022                              Respectfully Submitted

                                                    */s/ Raymond W. Mort, III*
                                                    Raymond W. Mort, III
                                                    Texas State Bar No. 00791308
                                                    raymort@austinlaw.com

                                                    **THE MORT LAW FIRM, PLLC**
                                                    501 Congress Ave, Suite 150
                                                    Austin, Texas 78701
                                                    Tel/Fax: (512) 865-7950

                                                    **ATTORNEYS FOR PLAINTIFF**

1